| | | |
|---|---|---|
| | AUSA: Matthew Roth | Telephone: (313) 226-9186 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kimberly Dent, A.T.F. | Telephone: (313) 202-3450 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Patrick WILLIAMS

Case: 2:19-mj-30260
Judge: Unassigned,
Filed: 05-14-2019
CMP: USA v PATRICK WILLIAMS (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Kimberly Dent, A.T.F.
_Printed name and title_

Sworn to before me and signed in my presence.

Date: May 14, 2019

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Dent, being first duly sworn, hereby depose and state as follows:

### I.   INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since March of 2015. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I have a Bachelor of Science degree in Criminal Justice.

2. Before working for the ATF, I was a police officer with the Wayne State University Police Department for approximately five years. During this time, I worked uniform patrol for approximately a year and a half enforcing traffic, local, and state laws. I also worked in the special operations division as a plain-clothes officer for approximately three years, assisting various federal, state, and local agencies. During this time, I conducted numerous investigations into state, local, and federal firearms and narcotics violations. During my employment with the ATF, I have participated in numerous criminal

investigations focused on firearms and armed drug trafficking violations.

3.  I have utilized a variety of investigative techniques and resources, including, but not limited to, physical and electronic surveillance, undercover work, informants and cooperating sources. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar not only with firearms violations, but with the methods people employ in drug trafficking. These methods include smuggling and safeguarding controlled substances, distributing controlled substances, and collecting, laundering, hiding, disguising, or concealing related proceeds. I am familiar with methods employed by large narcotics organizations and their tactics to thwart investigations. These methods include the utilization of cellular telephones, counter surveillance, smuggling schemes, false or fictitious identities, coded communications and conversations, and the use of firearms to ensure facilitation of the illegal activity. This information, in conjunction with

my training and experience, has been useful and relevant to this investigation.

4.      The statements contained in this affidavit are based, in part, on my review of written reports by ATF agents. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators and individuals with knowledge of this matter, my investigation, and the review of documents. This affidavit summarizes such information but does not provide each and every detail I know regarding this investigation; rather it provides information necessary to establish probable cause that Patrick WILLIAMS, B/M, (XX/XX/1969) has violated Title 18, United States Code, Section 922(g) (1), felon in possession of a firearm.

## II.    SUMMARY OF THE INVESTIGATION

5.      On March 13, 2019, ATF served a federal search warrant for 12xxx Hayes Street (hereinafter Subject Premises 1) in Detroit, Michigan. During the execution of the search warrant, agents encountered Patrick WILLIAMS and another individual as they exited

3

the front door. Agents conducted a post-Miranda audio-recorded interview of Patrick WILLIAMS.

6. Patrick WILLIAMS was read his Miranda Rights, waived his rights, and agreed to answer questions. Thereafter, he provided the following information, which was audio recorded:

    a. He lives at Subject Premises 1 and has lived there for a year and a half going on two years and also stays with his child's mother;

    b. The other individual the police encountered and a female also live at Subject Premises 1;

    c. His bedroom was the southwest bedroom [room D] and there was a rifle in the closet in his room; in the corner behind his clothes;

    d. The rifle is a .22-caliber and is his. The rifle does not have a pole or bullets. He has had the rifle for approximately four months and purchased the rifle off the streets for $20; and

4

  e. He had been convicted of carrying concealed weapon in a motor vehicle and felon in possession of a firearm.

7. During the search of Subject Premises 1, ATF Task Force Officer Bunch located one Marlin, Model: 60, .22 caliber rifle bearing serial number 03243521 and one round of .38 caliber ammunition in the closet inside of room D, Patrick WILLIAMS' bedroom.

8. On March 14, 2019, S/A Mascorro conducted a computerized criminal history check on Patrick WILLILAMS. Patrick WILLIAMS has a prior felony convictions in the State Michigan for carrying a concealed weapon and being a felon in possession of a firearm.

9. On March 15, 2019, firearms interstate nexus expert ATF Special Agent McLean examined the above-mentioned Marlin, Model: 60, .22 caliber rifle bearing serial number 03243521. Special Agent McLean stated the Marlin rifle was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3). Therefore, the firearm have traveled in interstate commerce to reach the State of Michigan.

## III. CONCLUSION

10. Probable cause exists to believe Patrick WILLIAMS, a convicted felon, was in possession of the above-described firearm, said firearm having traveled in interstate commerce, in violation of Title 18 U.S.C., Section 922 (g) (1).

Respectfully submitted,

KIMBERLY DENT
Special Agent, Bureau of Alcohol,
Tobacco, Firearms and Explosives

Sworn to before me and signed on this
14th day of May, 2019.

HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: May 14, 2019

6